UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. BROWN,<br><br>        Petitioner,<br><br>   v.<br><br>JIM ROBERTSON,<br><br>        Respondent. | No. 2:20-cv-0991 DB P<br><br>ORDER |

      Petitioner has requested an extension of time to file an application for leave to proceed in forma pauperis. Petitioner appears to be concerned that the prison has not provided the proper form for his trust account statement. Petitioner is advised that a certified copy of his trust account statement was filed here on June 15, 2020. The only other thing this court requires before it can consider petitioner's application is a copy of the application for leave to proceed in forma pauperis that petitioner has completed and signed. No further documentation or signatures are required from the prison.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's request for an extension of time (ECF No. 9) is granted;

      2. Petitioner shall file an application for leave to proceed in forma pauperis within thirty days from the date of this order; and

////

3. The Clerk of the Court is directed to provide petitioner with a copy of the form for an application to proceed in forma pauperis.

Dated: July 14, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/brow0991.111