UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. BROWN, | No. 2:20-cv-0991 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| JIM ROBINSON, | |
| Respondent. | |

Petitioner requested an extension of time to file and serve objections to the June 22, 2021 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 33) is granted; and

2. Petitioner shall file and serve his objections within nineteen days from the date of this order.

Dated: July 27, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/habeas/R/brow0991.111(4)