UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. BROWN, | No. 2:20-cv-0991 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| JIM ROBINSON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2021, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Petitioner has filed objections to the findings and recommendations.  In addition, petitioner moves for a certificate of appealability and the appointment of counsel.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 22, 2021, are adopted in full.

2. Petitioner's petition for a writ of habeas corpus is denied.

3. Petitioner's motions for the appointment of counsel and for a certificate of appealability (ECF No. 36) are denied.

4. The Clerk of the Court is directed to enter judgment for respondent and close this case.

DATED: September 27, 2021.

CHIEF UNITED STATES DISTRICT JUDGE