UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin A. Brown, | No. 2:20-cv-00991-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Jim Robertson, | |
| Defendant. | |

The court is in receipt of the Ninth Circuit's recent memorandum in this case, Mem., ECF No. 44, in response to plaintiff Kevin A. Brown's appeal of the district court's denial of his mixed petition for habeas corpus relief, Notice of Appeal, ECF No. 41.  Brown has filed a motion for clarification regarding the status of the proceedings in this court after the Ninth Circuit proceedings, which this court construes as being brought before the undersigned.  *See* Mot., ECF No. 45.  The undersigned **refers** this case to the magistrate judge for further proceedings in accordance with the Ninth Circuit's memorandum.

This order resolves ECF No. 45.

IT IS SO ORDERED.

DATED:  June 20, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1